AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

US DISTRICT COURT
DISTRICT OF N.H.
FILED
2009 JUN -4 P 3: 57

United States of America )
v. )
) Case No. 09- mj-58-01
Guo Qiao Lin )
)
_____
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/09/2009  in the county of  Rockingham  in the _____ District of New Hampshire , the defendant violated   18   U. S. C. § 2320  , an offense described as follows:

Trafficking in Counterfeit Goods, in that Guo Qiao Lin intentionally trafficked in goods and knowingly used a counterfeit mark on and in connection with such goods. Guo Qiao Lin sold 28 counterfeit handbags and 6 counterfeit wallets which bore counterfeit marks purporting to identify those items as products made by Prada, Coach, and Louis Vuitton.

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Shyamala Tucker, ICE Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/4/09

_____
*Judge's signature*

City and state:   Concord, New Hampshire         James R. Muirhead, U.S. Magistrate-Judge
*Printed name and title*